IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 3:09-00047-03 |
| | ) Judge Nixon |
| ANTHONY JOHNSON | ) |

## MOTION TO GRANT HOLIDAY PASSES

## FROM HALFWAY HOUSE

Anthony Johnson, by and through counsel undersigned, hereby moves for an order permitting him to be granted a pass from Halfway House for the Thanksgiving and Christmas holidays to spend in Clarksville with his family. Mr. Johnson would show that his progress has been sufficient that he would have been granted a pass for each of the two upcoming holidays by the Halfway House and/or the U.S. Probation Office. However, an interpretation of an instruction of the former chief judge by the USPO has caused them to believe they cannot decide whether to grant such leaves and passes without individual court order authority.

WHEREFORE, PREMISES CONSIDERED, Mr. Johnson moves for this Court to order that the U.S. Probation Office and the Halfway House have permission and authority of this Court to grant Mr. Johnson a Thanksgiving holiday pass or leave and a Christmas season holiday pass or leave if he is otherwise eligible and deserving.

Respectfully Submitted,

/s/ J. Kevin Cartwright

James Kevin Cartwright
Counsel for Anthony Johnson
120 South Second Street
Suite 201