IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00047-4 |
| v. | ) | |
| | ) | Judge Nixon |
| HERMAN MAJORS | ) | |

## ORDER

Pending before the Court is the CJA payment voucher ("Voucher") submitted by Attorney Jordon Mathies, for his representation of Defendant Herman Majors in the above-captioned case. The Court, having reviewed the Voucher and records submitted by Mr. Mathies, has concerns about the reasonableness of the compensation he seeks. Further, the Court believes that a full review of the Voucher by the Federal Public Defender for the Middle District of Tennessee is necessary before the Court passes upon the reasonableness of the compensation sought. Accordingly, the Court hereby **REFERS** this matter to Henry A. Martin, Federal Public Defender, for a full review of the Voucher and recommendation as to a reasonable fee to be paid for the services performed by Mr. Mathies.

It is so ORDERED.

Entered this the ____5th____ day of December, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT