PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>Anthony Johnson</u>  Case Number: <u>3:09-00047-03</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>June 27, 2012</u>

Original Offense: <u>Ct. 1 - Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 280 Grams or More of Cocaine.</u>

Original Sentence: <u>43 months' custody followed by 5 years' Supervised Release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>August 17, 2012</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>  Defense Attorney: <u>James Kevin Cartwright</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __8__ day of
__May__, 2013, and made a part of the records in the above case.

_____
Honorable John T. Nixon
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:  Columbia, Tennessee

Date:  April 17, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**   **The defendant shall refrain from any unlawful use of a controlled substance:**

On December 13, 2012, and March 11, 2013, Mr. Johnson submitted urine samples at Diersen Charities, which were diluted. On December 21, 2012, and March 8, 2013, Mr. Johnson submitted urine samples at Diersen Charities that tested positive for marijuana. On March 2, 2013, Mr. Johnson submitted to a Breathalyzer test at Diersen Charities and was positive for alcohol.

### Compliance with Supervision Conditions and Prior Interventions:

Anthony Johnson is a resident of Montgomery County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since August 17, 2012. He is employed with Trojan Labor, Clarksville, Tennessee. He lives with his wife and children in Clarksville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Johnson was participating in individual mental health counseling at Centerstone, Madison, Tennessee, while residing at Diersen Charities. He was drug tested on 24 separate occasions, and had 20 negative screens. Mr. Johnson was sanctioned in-house by Diersen Charities for the positive urine screens, the alcohol violation, and the diluted urine samples. This officer also re-instructed Mr. Johnson as to all of his conditions, and specifically instructed him not to possess or use illegal substances. Mr. Johnson understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. On April 17, 2013, Mr. Johnson was referred to Centerstone, Clarksville, Tennessee, to begin substance abuse counseling, and continue in mental health counseling. He has been placed in Phase 9 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Clarksville, Tennessee.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court. It is recommended Mr. Johnson continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance to allow him time to participate in drug treatment. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer