**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:09-cr-00047-03** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **ANTHONY JOHNSON** | ) | |

**ORDER**

Pending before the Court is Defendant Anthony Johnson's Motion to Continue ("Motion") (Doc. No. 385). Mr. Johnson seeks a continuance of his sentencing hearing for at least sixty days in order to allow him to demonstrate his improvement. (*Id.* at 1.) Upon consideration, Mr. Johnson's Motion is **GRANTED**. The sentencing hearing is **CONTINUED** to **April 25, 2014** at **10 a.m**.

It is so ORDERED.

Entered this the 7th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT